UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBERT BROCK, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INC., RICHARD F. SMITH AND JOHN W. GAMBLE, JR.,<br><br>Defendants. | No.: 1:17-cv-04510-WSD<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br><u>CLASS ACTION</u> |

**PLEASE TAKE NOTICE** that Plaintiff Robert Brock ("Plaintiff") files this notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendants have not filed an Answer or moved for summary judgment. A class has not been certified. Plaintiff has not previously dismissed an action based on or including the same claims as presented in this instant action.

Furthermore, there are substantially similar actions pending in this Court against the same Defendants; *Kuhns v. Equifax Inc. et al*, Docket No. 1:17-cv-03463 (N.D. Ga. Sept 08, 2017), and *Groover v. Equifax Inc. et al*, Docket No. 1:17-cv-04511 (N.D. Ga. Nov 09, 2017). Both actions assert claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder, arising from the same conduct as the instant action. Additionally, there are Lead Plaintiff motions pending in both actions.

This dismissal is without prejudice. Each party is to bear their own costs and fees.

Dated: December 21, 2017           Respectfully submitted,

**HOLZER & HOLZER LLC**

/s/ *Alexandria P. Rankin*
Corey D. Holzer
Ga. Bar No. 364698
Marshall P. Dees
Ga. Bar. No. 105776
Alexandria P. Rankin
Ga. Bar No. 949684
1200 Ashwood Parkway, Suite 410
Atlanta, GA 30338
Telephone: (770) 392-0090
cholzer@holzerlaw.com
mdees@holzerlaw.com
arankin@holzerlaw.com

Liaison Counsel for Plaintiff

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq.
Laurence M. Rosen, Esq.
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

 I hereby certify that on this 21st day of December 2017, a true and correct copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** was served by CM/ECF to the parties registered to the Court's CM/ECF system.

               /s/ *Alexandria P. Rankin*